FDIC v. Nash                          CV-97-187-JD  07/18/97

UNITED STATE DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE


<u>Federal Deposit Insurance Corp.</u>

        v.                              Civil No. 97-187-JD

<u>Gerald O. Nash, et al.</u>


                         O R D E R

     The court's order dated July 17, 1997, is hereby amended by

replacing the word "FDIC's" with the word "defendants'" in the

first line of the first full paragraph on page 4.



        SO ORDERED.


                                 _____
                                 Joseph A. DiClerico, Jr.
                                 Chief Judge

July 18, 1997

cc:  Paul D. Maggioni Jr., Esquire
     Steven A. Solomon, Esquire
     Daniel W. Sklar, Esquire